COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTIONS FOR REHEARING AND RECONSIDERATION EN BANC

Appellate case name:     Hector Sanchez **v.** The State of Texas

Appellate case number:   01-12-00567-CR

Trial court case number:  10-DCR-54852

Trial court:             434th District Court of Fort Bend County

Date motions filed:      January 27, 2014

Party filing motions:    Hector Sanchez

It is ordered that appellant's motion for rehearing and motion for en banc reconsideration are **DENIED.**

Judge's signature: /s/  Michael Massengale
                   ☐ Acting Individually ☒  Acting for the Court

Panel consists of: Chief Justice Radack, and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, Brown, and Huddle

Date:  February 25, 2014